CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 16 2018

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

## CONSENT TO JOIN LITIGATION

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

**I hereby consent to initiate and participate in litigation as Named Representative** seeking unpaid wages and overtime against Ikea Industry Danville LLC, and their affiliates, parents, subsidiaries, and successors ("IKEA"). For purposes of pursuing my unpaid wage and overtime claims against IKEA, I choose to be represented by Strianese PLLC, Davis George Mook LLC, and other attorneys with whom they may associate.

Date: 10-8-18

Signature: *Terri Powell*

Printed Name: Terri Powell