# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| TERRI POWELL, On Behalf of Herself and All Others Similarly Situated <br> _Plaintiff_ <br> v. <br> IKEA INDUSTRY DANVILLE, LLC <br> _Defendant_ | ) ) ) ) ) ) ) ) ) <br> Civil Action No.4:18cv00058 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    IKEA INDUSTRY DANVILLE, LLC
    c/o C T CORPORATION SYSTEM
    4701 Cox Road, Suite 285
    Glen Allen, Virginia 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gregg C. Greenberg, Esquire
    Zipin, Amster & Greenberg, LLC
    8757 Georgia Avenue, Suite 400
    Silver Spring, Maryland 20910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIA C. DUDLEY, CLERK OF COURT

s/ Martha L. Hupp
*Deputy Clerk*

Date: 10/16/2018

Civil Action No. 4:18cv00058

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                                  _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc: