# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
(DANVILLE DIVISION)

| | |
|---|---|
| **TERRI POWELL,** on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:18-cv-00058 ) |
| **IKEA INDUSTRY DANVILLE, LLC,** | ) ) ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that IKEA Industry Danville, LLC is a subsidiary of IKEA Industry North America, Inc., a privately held corporation. No publicly held corporation owns 10% or more of IKEA Industry Danville, LLC.

Dated: <u>January 25, 2019</u>     Respectfully Submitted,

        **IKEA Industry Danville, LLC**

        <u>**/s/ Tevis Marshall**</u>
        A. Tevis Marshall (VSB No. 68401)
        tevis.marshall@ogletreedeakins.com
        Bret G. Daniel (VSB No. 92189)
        bret.daniel@ogletreedeakins.com
        OGLETREE, DEAKINS, NASH, SMOAK AND STEWART, P.C.
        Riverfront Plaza, West Tower
        901 E. Byrd Street, Suite 1300
        Richmond, Virginia 23219
        Phone: 804.663.2333
        Fax:   804.225.8641

        *Attorneys for Defendant.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 25, 2019, I electronically filed this document with the Clerk of the United States District Court for the Western District of Virginia using the CM/ECF system, which shall send notification of such filing to the following counsel of record:

Gregg C. Greenberg (VSB No. 79610)
Zippin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Springs, Maryland 20910
Phone: 301-587-9373
Fax: 240-839-9142
ggreenberg@zagfirm.com

Christopher R. Strianese (N.C. Bar No. 46918)
*Pro Hac Application Forthcoming*
Strianese PLLC
401 North Tryon St., 10th Fl.
Charlotte, NC 28202
Phone: 704-998-2577
Fax: 704-998-5301
chris@strilaw.com

Tracey F. George (MO Bar No. 52361)
*Pro Hac Application Forthcoming*
Davis George Mook, LLC
160 Genessee St., Suite 328
Kansas City, MO 64102
Phone: 816-569-2629 ext. 2
Fax: 816-447-3939
tracey@dgmlawyers.com

*Attorneys for Plaintiff*

**IKEA Industry Danville, LLC**

**/s/ Tevis Marshall**
A. Tevis Marshall (VSB No. 68401)
tevis.marshall@ogletreedeakins.com

Bret G. Daniel (VSB No. 92189)
bret.daniel@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak and Stewart, P.C.
Riverfront Plaza, West Tower
901 E. Byrd Street, Suite 1300
Richmond, Virginia 23219
Phone: 804.663.2333
Fax:    804.225.8641

*Attorneys for Defendant.*

37168325.1