CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED for Danville
JUL 06 2020
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION**

**TERRI POWELL,**

On Behalf of Herself and
All Others Similarly Situated,

Plaintiff,

vs.

**IKEA INDUSTRY DANVILLE, LLC**

Defendant.

Case No.: 4:18-cv-00058

**COLLECTIVE & CLASS ACTION**

**JURY TRIAL DEMANDED**

**FINAL JUDGMENT AND ORDER APPROVING SETTLEMENT
AND DISMISSING ACTION WITH PREJUDICE**

After having fully and carefully reviewed Plaintiffs' Unopposed Motion for Settlement Approval and the Parties' Settlement Agreement (Doc. 45), the Court hereby ENTERS FINAL JUDGMENT and ORDERS that:

1. The Settlement Agreement is APPROVED as a fair, equitable, and reasonable resolution of a *bona fide* dispute on the claims and FLSA provisions at issue in this contested litigation, and is incorporated herein by this reference and made a part hereof as though set forth in full.

2. The formula for allocation of settlement payments set forth in the Settlement Agreement is APPROVED as a fair, equitable, and reasonable measure for distributing the settlement payment to Plaintiff and Claimants;

3. Plaintiff and all Eligible Claimants who have timely returned consents to join this action within 45 days of receiving an Opt-in Notice and Consent are hereby deemed to fully and

unconditionally waive and release any and all Released Claims (as that term is defined in the Settlement Agreement) against any and all Released Parties (as that term is defined in the Settlement Agreement), as more fully set forth in the Settlement Agreement.

4. Eligible Claimants who do not timely return consents to join this action do not release any claims.

5. The attorneys' fees, costs, and the service payment as set forth in the Settlement Agreement, are APPROVED as reasonable; and IKEA is hereby ORDERED to pay in accordance with and subject to the terms of the Settlement Agreement.

Accordingly, this Court enters JUDGMENT in accordance with this Order and in accordance with the terms of the Settlement Agreement. This case is DISMISSED WITH PREJUDICE, with all costs borne in accordance with the Settlement, and the Court retaining continuing jurisdiction as set forth herein.

SO ORDERED this 6th day of July, 2020.

Judge James P. Jones